# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTEBAN GUERRERO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>C. SWAIN, Warden,<br><br>　　　　Respondent. | Case No. CV 18-08049 ODW (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of JOSE ESTEBAN GUERRERO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: March 5, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE